FILED: February 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4550 (L)
(3:18-cr-00025-NKM-JCH-2)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MICHAEL PAUL MISELIS

  Defendant - Appellant

-------------------------------

THE FREE EXPRESSION FOUNDATION, INC.

  Amicus Supporting Appellant

_____

O R D E R
_____

Upon consideration of the motion by amicus curiae the Free Expression Foundation, Inc. for permission to file a reply brief and the motion for permission to

file an attachment to the reply brief, the court grants the motions and accept the proposed documents as filed.

    For the Court

    /s/ Patricia S. Connor, Clerk