FILED: October 5, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4550 (L)
(3:18-cr-00025-NKM-JCH-2)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

MICHAEL PAUL MISELIS

        Defendant - Appellant

-------------------------------

THE FREE EXPRESSION FOUNDATION, INC.

        Amicus Supporting Appellant

_____

No. 19-4551
(3:18-cr-00025-NKM-JCH-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BENJAMIN DRAKE DALEY

Defendant - Appellant

------------------------------

THE FREE EXPRESSION FOUNDATION, INC.

Amicus Supporting Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Diaz, and Judge Rushing.

For the Court

/s/ Patricia S. Connor, Clerk