# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 9, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Michael Paul Miselis
            v. United States
           No. 20-1241
           (Your No. 19-4550)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 4, 2021 and placed on the docket March 9, 2021 as No. 20-1241.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Redmond K. Barnes
                                Case Analyst